# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| ROSENSTENGEL, NANCY J. | UNITED STATES DISTRICT COURT-EAST ST. LOUIS | 11/29/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| FEDERAL JUDGE | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☑ Amended Report | 01/01/2020 **to** 12/31/2020 |

**7. Chambers or Office Address**

UNITED STATES DISTRICT COURT
MELVIN PRICE FEDERAL BUILDING AND COURTHOUSE
750 MISSOURI AVENUE ROOM 104
EAST ST. LOUIS, ILLINOIS 62201

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| **ROSENSTENGEL, NANCY J.** | 11/29/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | BONIFIELD AND ROSENSTENGEL, INC. ATTORNEY AT LAW-SALARY |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **ROSENSTENGEL, NANCY J.** | 11/29/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | FCB BANK | MORTGAGE ON LAW FIRM BUILDING | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **ROSENSTENGEL, NANCY J.** | 11/29/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. REGIONS BANK | A | Interest | K | T | | | | | |
| 2. BONIFIELD AND ROSENSTENGEL STOCK | A | Dividend | N | W | | | | | |
| 3. HUNTLEIGH IRA AND JOINT ACCTS (h) | | | | | | | | | |
| 4. -HUNTLEIGH BANK DEPOSIT SWEEP ACCOUNT | A | Interest | K | T | Buy | 05/06/20 | J | | |
| 5. -FIRST TRUST ENHANCED SHORT MATURITY | A | Dividend | J | T | Sold (part) | 05/06/20 | J | A | |
| 6. -FIRST TRUST SELECT DSIO PORTFOLIO 4TH QTR 2019 | A | Dividend | J | T | Sold (part) | 05/06/20 | J | A | |
| 7. -FIRST TRUST CAPITAL STRENGTH | A | Dividend | K | T | | | | | |
| 8. -FRANKLIN CUSTODIAN FDS INCOME SER ADV | A | Dividend | | | Sold | 05/06/20 | J | A | |
| 9. -FIRST TRUST PORTFOLI SELECT DSIP 1ST QTR | A | Dividend | K | T | | | | | |
| 10. -FIRST TRUST SELECT DSIP PORT 4TH QTR 2020 | B | Dividend | K | T | Buy | 10/20/20 | K | | |
| 11. -FIRST TRUST SELECT PORT 3RD QTR | A | Dividend | | | Sold | 05/06/20 | K | B | |
| 12. FRANKLIN INCOME FUND A ACCT#2 | A | Dividend | | | Sold | 05/06/20 | J | B | |
| 13. BRIGHT STAR EQUITYCL H ACCT#1 BASED +18 | A | Dividend | | | Sold | 05/06/20 | J | B | |
| 14. BRIGHT STAR EQUITYCL H ACCT #2 BASED 15+16 | A | Dividend | K | T | | | | | |
| 15. UMB ACCT #1 COCA COLA STOCK | A | Dividend | J | T | | | | | |
| 16. UMB ACCT #2 COCA COLA STOCK | A | Dividend | J | T | | | | | |
| 17. UMB ACCT #3 COCA COLA STOCK | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENSTENGEL, NANCY J. | 11/29/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | EDWARD D JONES ACCT #1 PUTNAM MULTI-CAP GROWTH FUND | A | Dividend | J | T | | | | | |
| 19. | EDWARD D JONES ACCT #2 PUTNAM MULTI-CAP GROWTH FUND | A | Dividend | J | T | | | | | |
| 20. | EDWARD D JONES ACCT #3 PUTNAM MULTI-CAP GROWTH FUND | A | Dividend | J | T | | | | | |
| 21. | NML LIFE INSURANCE-WHOLE LIFE | C | Dividend | M | T | | | | | |
| 22. | COUNTRY COMPANIES WHOLE LIFE INSURANCE CV | B | Dividend | L | T | | | | | |
| 23. | HARTFORD LIFE INSURANCE POLICY-CASH VALUE (X) | B | Dividend | K | T | | | | | |
| 24. | JJB PROFIT SHARING PLAN (H) | | | | | | | | | |
| 25. | -FIRST TRUST ENHANCED SHORT MATURITY | B | Dividend | L | T | | | | | |
| 26. | -FIRST TRUST PORT SELECT DSIP 1ST QTR | C | Dividend | | | Sold | 01/22/20 | M | B | |
| 27. | -FIRST TRUST CAPITAL STRENGTH PORT SERIES | B | Dividend | M | T | | | | | |
| 28. | -FIRST TRUST SELECT DSIP PORT 3RD QTR | C | Dividend | | | Sold | 10/20/20 | M | B | |
| 29. | -FIRST TRUST SELECT DSIP PORT 4TH QTR 2019 | A | Dividend | K | T | | | | | |
| 30. | -FIRST TRUST SELECT DSIP PORT 4TH QTR 2020 | B | Dividend | L | T | | | | | |
| 31. | -FIRST TR PORTFOLIOS S&P DIV ARISTOCRATS TRGT | C | Dividend | M | T | Buy | 01/22/20 | M | | |
| 32. | -JP MORGAN 100% US -TREASURY SECURITIES MONEY MARKET | B | Interest | M | T | | | | | |
| 33. | JON ROSENTENGEL STOCK INHERITANCE ACCT (H) | | | | | | | | | |
| 34. | -CASH SWEEP ACCT HUNTLEIGH SECURITIES | A | Interest | L | T | Open | 05/06/20 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENSTENGEL, NANCY J. | 11/29/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.   -ATMOS ENERGY CORP | A | Dividend | | | Open | 01/22/20 | J | | |
| 36. | | | | | Sold | 05/06/20 | J | A | |
| 37.   -AT&T INC | A | Dividend | | | Open | 01/22/20 | J | | |
| 38. | | | | | Sold | 05/06/20 | J | A | |
| 39.   -ABBOTT LABORTORIES | A | Dividend | | | Open | 01/22/20 | J | | |
| 40. | | | | | Sold | 05/06/20 | J | A | |
| 41.   -AMERICANTOWERCORP REIT | A | Dividend | | | Open | 01/22/20 | J | | |
| 42. | | | | | Sold | 05/06/20 | J | A | |
| 43.   -AMERICANTOWERCORP REIT | A | Dividend | | | Open | 01/22/20 | J | | |
| 44. | | | | | Sold | 05/06/20 | J | A | |
| 45.   -AMERICAN WATER WORKS | A | Dividend | | | Open | 01/22/20 | J | | |
| 46. | | | | | Sold | 05/06/20 | J | A | |
| 47.   -AMGEN INC | A | Dividend | | | Open | 01/22/20 | J | | |
| 48. | | | | | Sold | 05/06/20 | J | A | |
| 49.   -BANK OF AMERICA | A | Dividend | | | Open | 01/22/20 | J | | |
| 50. | | | | | Sold | 05/06/20 | J | A | |
| 51.   -BROAD FIANCIAL SOLUTIONS | A | Dividend | | | Open | 01/22/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENSTENGEL, NANCY J. | 11/29/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold | 05/06/20 | J | A | |
| 53.  -CISCO SYSTEMS INC | A | Dividend | | | Open | 01/22/20 | J | | |
| 54. | | | | | Sold | 05/06/20 | J | A | |
| 55.  -DISNEY WALT COMPANY | A | Dividend | | | Open | 01/22/20 | J | | |
| 56. | | | | | Sold | 05/06/20 | J | A | |
| 57.  -FIRST TR ENHANCED SHORT | A | Dividend | | | Open | 01/22/20 | J | | |
| 58. | | | | | Sold | 05/06/20 | J | A | |
| 59.  -JACK HENRY & ASSOC | A | Dividend | | | Open | 01/22/20 | J | | |
| 60. | | | | | Sold | 05/06/20 | J | A | |
| 61.  -LOWES COMPANIES | A | Dividend | | | Open | 01/22/20 | J | | |
| 62. | | | | | Sold | 05/06/20 | J | A | |
| 63.  -MCDONALDS CORP | A | Dividend | | | Open | 01/22/20 | J | | |
| 64. | | | | | Sold | 05/06/20 | J | A | |
| 65.  -MEDTRONIC | A | Dividend | | | Open | 01/22/20 | J | | |
| 66. | | | | | Sold | 05/06/20 | J | A | |
| 67.  -MICROSOFT CORP | A | Dividend | | | Open | 01/22/20 | J | | |
| 68. | | | | | Sold | 05/06/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENSTENGEL, NANCY J. | 11/29/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -MONDELEZ INTL INC | A | Dividend | | | Open | 01/22/20 | J | | |
| 70. | | | | | Sold | 05/06/20 | J | A | |
| 71. -PAYCHEX INC | A | Dividend | | | Open | 01/22/20 | J | | |
| 72. | | | | | Sold | 05/06/20 | J | A | |
| 73. -PHILLIPS 66 | A | Dividend | | | Open | 01/22/20 | J | | |
| 74. | | | | | Sold | 05/06/20 | J | A | |
| 75. -PROCTOR & GAMBLE CO | A | Dividend | | | Open | 01/22/20 | J | | |
| 76. | | | | | Sold | 05/06/20 | J | A | |
| 77. -UNITED PARCEL SERVICE | A | Dividend | | | Open | 01/22/20 | J | | |
| 78. | | | | | Sold | 05/06/20 | J | A | |
| 79. -UNITED HEALTHCARE GROUP INC | A | Dividend | | | Open | 01/22/20 | J | | |
| 80. | | | | | Sold | 05/06/20 | J | A | |
| 81. -VERIZON COMMUNICATIONS | | Dividend | | | Open | 01/22/20 | J | | |
| 82. | | | | | Sold | 05/06/20 | J | A | |
| 83. OFFICE PROPERTY, BELLEVILLE, IL ACQUIRED 12/31/12 $150,000 PRICE | D | Rent | M | R | | | | | |
| 84. | | | | | | | | | |
| 85. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENSTENGEL, NANCY J. | 11/29/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. | | | | | | | | | |
| 87. | | | | | | | | | |
| 88. | | | | | | | | | |
| 89. | | | | | | | | | |
| 90. | | | | | | | | | |
| 91. | | | | | | | | | |
| 92. | | | | | | | | | |
| 93. | | | | | | | | | |
| 94. | | | | | | | | | |
| 95. | | | | | | | | | |
| 96. | | | | | | | | | |
| 97. | | | | | | | | | |
| 98. | | | | | | | | | |
| 99. | | | | | | | | | |
| 100. | | | | | | | | | |
| 101. | | | | | | | | | |
| 102. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENSTENGEL, NANCY J. | 11/29/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐　NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. | | | | | | | | | |
| 104. | | | | | | | | | |
| 105. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **ROSENSTENGEL, NANCY J.** | 11/29/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

LINE 24 THROUGH 32, PART VII, INVESTMENTS AND TRUST, IS THE JJB PROFIT SHARING PLAN AND IS FORMALLY KNOWN AS THE JERALD J BONIFIELD PROFIT SHARING PLAN TRUST. THE REPORTING PERSON'S ▮▮▮▮▮. IS THE TRUSTEE, A PARTICIPANT AND OWNS 60% OF THE ASSETS OF THE PROFIT SHARING TRUST AS SHOWN ON PART VII. THE PLAN IS, HOWEVER, MANAGED BY A PROFESSIONAL INVESTMENT ADVISOR AND THE REPORTING PERSON HAS NO KNOWLEDGE OF THE PLANS TRANSACTIONS NOR HAS ACCESS TO THE DATA.

LINES 33 THROUGH 82, PART VII, INVESTMENTS AND TRUSTS, WAS ADDED THIS YEAR. THIS ACCOUNTS REFLECT THE INHERITANCE OF STOCK FROM JON ROSENSTINGEL'S MOTHER ESTATE ON JANUARY 22, 2020. ALL SECURITES WERE SOLD ON MAY 6, 2020.

ALL PERSONAL ITEMS ARE REPORTED ON LINES 1 THROUGH 23 ON THE SAME REPORT PAGE OF PART VII.

LINE 83 COLUMN A REFLECTS AN INVESTMENT IN OFFICE BUILDING, COST BASIS $150,000, LOCATED BELLEVILLE, ST. CLAIR COUNTY, ILLINOIS ,AND WAS ACQUIRED 12/31/2012. THE LAW FIRM OF ▮▮▮▮▮ OF REPORTING PERSON OCCUPIES THE ENTIRE BUILDING.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ NANCY J. ROSENSTENGEL

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544